NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| INNOCENT GEDEHOMME,<br>DOC #S34447,<br><br>      Appellant,<br><br>v.<br><br>STATE OF FLORIDA,<br><br>      Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 2D18-1266 |

Opinion filed February 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County, Charles Sniffen, Judge.

Innocent Gedehomme, pro se.


PER CURIAM.


      Affirmed.


KHOUZAM, SLEET and ATKINSON, JJ., Concur.